United States District Court
District of Delaware

ORIGINAL

Daniel Shaw                                  08-421
vs
Phil Morgan                    Application to Proceed
Major Parker                   without Payment of
C/o Levan                      Fees and Affidavit
Carl Danberg
John Doe

1. Are you currently incarcerated?    Yes

   Location             H.R.Y.C.I
   Inmate number        176206

   Are you employed at institution? No
   Do you receive any payment from institution? No

2. Are you currently employed?    No

3. In the past 12 months have you received money from
   A. Business                         No
   B. Rent                             No
   C. Pensions                         No
   D. Disability or Compensation       No
   E. Gift or inheritances             Yes
   F. Any other sources                Yes

Work.                                    200.00
gifts                                     80.00

4. Do you have Cash or checking or savings account? NO

5. Do you have any real Estate, Stock, Bonds, Securities, automobiles or other value property? NO

6. List Dependents.

I declare under penalty of Perjury that the above is true and correct.

7/2/08

Daniel P. Shaw
1301 E 13th St
Wilm DE 19807
176206

```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
06/06/08 13:12
ST 006 / OPR JNM
```


```
SBI              : 176206
Resident Name    : SHAW, DANIEL
Time Frame       : 01/01/2008 10:46 - 06/06/2008 13:12
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/04/2008 | 11:05 | Order | 2 | DDT | B199493 | 14.66 | 335.86 |
| 01/07/2008 | 12:44 | Credit | 11 | AFC | K6856 | 6.25 | 342.11 |
| 01/11/2008 | 09:47 | Order | 2 | DDT | B200476 | 11.35 | 330.76 |
| 01/15/2008 | 08:21 | Add | 7 | SJW | G13829 | 33.84 | 364.60 |
| 01/18/2008 | 09:53 | Order | 2 | AFC | B201449 | 8.69 | 355.91 |
| 01/28/2008 | 06:28 | Order | 2 | DDT | B202368 | 12.79 | 343.12 |
| 01/28/2008 | 10:44 | Add | 6 | JNM | F35053 | 15.00 | 358.12 |
| 02/04/2008 | 06:45 | Order | 2 | AFC | B203296 | 17.33 | 340.79 |
| 02/08/2008 | 09:30 | Order | 2 | DDT | B204133 | 8.01 | 332.78 |
| 02/14/2008 | 09:43 | Add | 6 | JNM | F35454 | 15.00 | 347.78 |
| 02/15/2008 | 15:19 | Add | 7 | SJW | G14373 | 14.40 | 362.18 |
| 02/19/2008 | 06:19 | Order | 2 | DDT | B205639 | 11.13 | 351.05 |
| 02/26/2008 | 07:34 | Order | 2 | AFC | B206927 | 7.88 | 343.17 |
| 03/04/2008 | 07:43 | Order | 2 | AFC | B207670 | 7.82 | 335.35 |
| 03/06/2008 | 12:58 | Order | 3 | WLH | C26207 | 0.79 | 334.56 |
| 03/07/2008 | 11:36 | Add | 4 | J | D85702 | 20.00 | 354.56 |
| 03/11/2008 | 06:47 | Order | 2 | DDT | B208749 | 5.26 | 349.30 |
| 03/17/2008 | 13:05 | Order | 2 | DDT | B209853 | 6.21 | 343.09 |
| 03/20/2008 | 13:10 | Rec Payment | 10 | bsp | J12800 | 0.25 | 342.84 |
| 03/21/2008 | 11:45 | Add | 4 | J | D86608 | 25.00 | 367.84 |
| 03/25/2008 | 09:50 | Order | 2 | DDT | B210547 | 6.28 | 361.56 |
| 04/01/2008 | 08:59 | Order | 2 | DDT | B211511 | 3.93 | 357.63 |
| 04/08/2008 | 07:05 | Order | 2 | DDT | B212420 | 7.10 | 350.53 |
| 04/09/2008 | 12:06 | Add | 4 | gmw | D87695 | 20.00 | 370.53 |
| 04/11/2008 | 11:35 | Add | 4 | gmw | D87811 | 10.00 | 380.53 |
| 04/15/2008 | 09:18 | Order | 2 | DDT | B213504 | 11.57 | 368.96 |
| 04/22/2008 | 07:43 | Order | 2 | AFC | B214382 | 7.49 | 361.47 |
| 04/29/2008 | 09:11 | Order | 2 | DDT | B215294 | 8.42 | 353.05 |
| 05/06/2008 | 07:24 | Order | 2 | DDT | B216180 | 8.75 | 344.30 |
| 05/09/2008 | 10:00 | Credit | 3 | wpr | C27703 | 8.75 | 353.05 |
| 05/12/2008 | 07:03 | Order | 2 | AFC | B216679 | 11.88 | 341.17 |
| 05/15/2008 | 12:26 | Rec Payment | 10 | bsp | J13872 | 0.23 | 340.94 |
| 05/19/2008 | 06:52 | Order | 2 | DDT | B217578 | 7.33 | 333.61 |
| 05/26/2008 | 08:44 | Order | 2 | DDT | B218514 | 10.92 | 322.69 |
| 05/27/2008 | 13:20 | Credit | 3 | WLH | C28258 | 4.20 | 326.89 |
| 06/02/2008 | 06:32 | Order | 2 | DDT | B219326 | 11.18 | 315.71 |