In the United States District Court
for the District of Delaware

Daniel Shaw
1301 E 12th St
Wilm, DE 19802

Vs

Phil Morgan - Warden
Major Parker
C/o Levan
Carl Danberg
John Doe

Case number 08 - 421

Civil Complaint

Jury trial Request

1. Previous Lawsuits

N/A

2. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available?
Yes

B. Have you fully exhausted available administrative remedies?
Yes.

C. If yes to B

   1. What steps did you take? grievance

   2. What was the result? I wen the grievance, and inmates got back their Rosiry's

III Defendants

  1. Phil Morgan
    Warden at HRYCI
    1301 E 12th St Wilm DE 19802

  2. Major Parker

    Offices at HRYCI,
    both 1301 E 12th st Wilm,DE 19802

  3. C/o Levon

    Officer at HRYCI,

  4. Carl Danberg

    Commissioner of Correction State
    245 Mckee Drive Dover, DE 19901

5. John Doe

offices     at    HRYCI
1301 E 12th st Wilm De 19807

IV   Statement of claim

1. On or about 6/1/08 the plaintiff
was told he could not attend Bible
College although he has been going
for more than 1 year, Then the
institution took his Rosary, along
with everyone else at the institution.
The plaintiff filed a grievance, and on
6/26/08 was taken to a grievance
hearing, at the hearing plaintiff was
told he was allowed to have have
a (1) Rosary and that was it, The
Plaintiff explained what happened
then a call was made to Phil
Morgan approximately at 10.45 p.m
and plaintiff was told he could
get his Rosary back when he
got back to the pod. The plaintiff
signed off his grievance at approx-
imately 11:00 pm infront of Lt Sinuto
and Lt mcmiller,

The Plaintiff was told he could go back to his pod.

2. Upon getting back to pod the plaintiff received his Rosary back from C/o Jordan, the rest of Rosary's were Passed out by C/o Gill.

3. On 7/2/08, officer Levan came back and said Major Parker called and said all Rosary's were to be taken again. Plaintiff explained to C/o Levan that he Just won his grievance, C/o Levan said oh well, the major Just told him to take them. Thus violating Shaw's Rights.

V  Relief.

1. The Plaintiff seek $2 million.

2. He wants an apology.

3 He wants a memo placed on all pods through out the institution.

4. All inmates that had there Rosary's taken are to be replaced, at the Cost of the institution.

I declare under penalty of perjury
that the foregoing is true and correct.

July 2 2008

Daniel Shaw
1301 E 12th St
Wilm, DE 19802
#176306



Daniel Shaw
1301 E 12th St
Wilm, DE 19802
#176206

POSTAGE DUE $.76$

Clerk
U.S District Court
Lock Box 18
844 N. King St
Wilm DE 19801

**LEGAL MAIL ONLY**