08-421 GMS

Dear Clerk of Court:

My name is Darnel Shaw, I currently have a case in Federal Court Case 1:08-CV-421 G.M.S.. This letter is about to see if you could send me a copy of civil claims Rules and Motions for Federal Court.

Thank you in advance.

Sincerely,
Darnel Shaw
1301 E 15th St
Wilm DE 19801
176206

July 22, 2008



Daniel Shaw
1301 E 13th St
Wilm DE 19801
176306

WILMINGTON DE 197
23 JUL 2008 PM 1 T

Clerk of court United States District Court
844 N King St  LockBox 18
Wilm DE 19801-3570

LEGAL MAIL ONLY