CA 08-421 GMS

Honorable Judge Sleet

My name is Daniel Shaw. I am having a problem trying to get the Medical Examiners Report, state exhibit 5 from my trial. I have written the clerk of court, the prothonatary office, and my trial lawyer and appeal lawyer. They all said I had to get it from one or the other. I wrote Judge Mary M. Johnson, she has not responded, it has been a while. I am sending in a writ to the federal court this week. I will need the Medical Examiner Report.

Can you please tell me how I may receive a copy of the state's exhibit 5, Medical Examiner Report.

Thank you in advance.

Sincerely
Daniel Shaw
1301 E 12th St
Wilm DE 19807
176206



FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D. Shaw
1301 E 12th St
Wilm DE 19801
1704901

Clerk of United States District Court
844 N King St Lock Box 18
Wilm DE 19801-3570

WILMINGTON DE 197
23 JUL 2008 PM 1 T

LEGAL MAIL ONLY

July 23, 2008