OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 24, 2008

**Daniel Shaw**
SBI# 176206
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:  REQUEST FOR LOCAL RULES**
         **CA 08-421 GMS**

Dear Mr. Shaw:

    This is in response to your letter received dated 7/22/08. Please note that pursuant to 28 U.S.C. § 1915, when you are allowed to proceed without prepayment of fees, you are still required to pay for copies and items such as the District Court's local rules.

    The fee for copies (including docket sheets) is fifty cents ($.50) per page.  Prepayment should be sent with your request by check or money order payable to Clerk, United States District Court.

    The Clerk's Office provides the District Court's local rules free of charge, on line at www.ded.uscourts.gov, or for purchase at $2.00, check or money order payable to Clerk, United States District Court.  A free copy may also be obtained on disk when a blank diskette is provided.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                   Sincerely,

/rwc                                     PETER T. DALLEO
                                       CLERK

cc:  The Honorable Gregory M. Sleet