IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL SHAW, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-421-GMS ) |
| WARDEN PHIL MORGAN, MAJOR PARKER, C/O LEVAN, COMMISSIONER CARL DANBERG, and OFFICER JOHN DOE, | ) ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Daniel Shaw, SBI #176206, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $69.36 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated July 21, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7/25/08, 2008.



Signature of Plaintiff

FILED
JUL 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

Snail
1181 E 17th St
Wilm De 19802
17630 6

Office of Clerk
U.S. District Court
844 N King St LockBox 18
Wilm DE 19801-3570




LEGAL MAIL ONLY